UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENDON AMERICA INSURANCE | CIVIL ACTION NO. 07-1046 |
| versus | JUDGE HICKS |
| COASTAL CARGO CO., INC., ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 8] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 5th day of November, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE